**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 9, 2020

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The conference is adjourned to September 18, 2020 at 12:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 9, 2020

Re: United States v. Randal Smith
18 Cr. 478 (RA)

Dear Judge Abrams:

I write with the consent of the Government to respectfully request an adjournment of approximately 60 days of the status conference, due to the ongoing public health crisis. The conference is currently scheduled for July 17, 2020.

Mr. Smith has been fully compliant with the conditions of his supervised release, including successful completion of a residential drug treatment program.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Assistant Federal Defender
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Rebecca Dell (via ECF)