# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2020

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The conference will be held by telephone. The parties may call (888) 363-4749 and enter access code 1015508. Please note that this line is open to the public. Counsel shall file any papers with respect to sentencing by no later than 12:00 on Thursday.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J. 9/14/2020

Re:  United States v. Randal Smith
     18 Cr. 478 (RA)

Dear Judge Abrams:

    I write with the consent of the Government to respectfully request that the conference scheduled for this Friday, September 18, 2020, proceed by telephone due to the ongoing public health crisis. Mr. Smith intends to enter a plea of guilty to the violation of his supervised release conditions. Mr. Smith further anticipates requesting a sentence of time served on this matter.

    Thank you for your consideration of this request.

Respectfully submitted,

_____
Tamara L. Giwa
Counsel for Randal Smith
Federal Defenders of New York
(917) 890-9729

Cc:  AUSA Rebecca Dell (via ECF)